In the Matter of the Application of Crouse-Hinds Company, Appellant, to Remove a Certain Action Entitled " City Court — City of New York — Hydraulic Oil Storage Company of New York, Plaintiff, against Crouse-Hinds Company, Defendant," from the City Court of the City of New York to the Supreme Court of the State of New York, and to Change the Venue of Said Action to the County of Onondaga, State of New York. Hydraulic Oil Storage Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to change place of trial to Onondaga county granted. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.